# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSEPH THOR PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-476-D |
| | ) | |
| GRADY COUNTY CRIMINAL JUSTICE AUTHORITY, et al. | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 76] in its entirety.

For the reasons stated therein, this action is DISMISSED without prejudice as against Defendant Lisa Farris.

**IT IS SO ORDERED** this 17th day of November, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge