IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSEPH THOR PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-476-D |
| | ) | |
| GRADY COUNTY CRIMINAL | ) | |
| JUSTICE AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff Joseph Thor Perkins, a federal prisoner, brought this civil rights action against Defendant Grady County Criminal Justice Authority and Jimmy Duncan.[1] The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

On December 9, 2022, Judge Erwin issued a Report and Recommendation [Doc. No. 79] recommending Defendants' Motion for Summary Judgment [Doc. No. 74] be granted.[2] The case file shows no timely objection to the Report nor request for an extension of time, even though Plaintiff was expressly informed of his right to object and the consequences of failing to object. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report. *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1059-60 (10th

---

[1] Defendant Lisa Farris was previously dismissed [Doc. No. 77].
[2] Plaintiff did not file a response to Defendants' summary judgment motion despite being informed of his right to do so [Doc. No. 75].

Cir. 1996). The Court has reviewed the Report and Recommendation, as well as the case record, and for the reasons explained by Judge Erwin, finds that Defendants' Motion for Summary Judgment should be granted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 79] is **ADOPTED** and Defendants Grady County Criminal Justice Authority and Jimmy Duncan's Motion for Summary Judgment [Doc. No. 74] is **GRANTED.** A separate judgment shall be entered.

**IT IS SO ORDERED** this 13th day of January, 2023.

TIMOTHY D. DeGIUSTI
Chief United States District Judge